AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

**WESTERN DIVISION**

| | |
|---|---|
| TOMMY LEE STEVENS,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
|  | ) **JUDGMENT IN A CIVIL CASE** |
| UNKNOWN NAME EMPLOYEE(S)<br>OF US POSTAL SERVICE,<br>    Defendant. | ) **CASE NO. 5:12-CV-451-D**<br>)<br>) |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion to Proceed *Informa Pauperis* [D.E. 1] is GRANTED, the Court permits the Clerk to file the Complaint, but DISMISSES the Complaint as frivolous.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 7, 2012,** WITH A COPY TO:

Tommy Lee Stevens, Pro se (via USPS to 118 E. Pollock Street, P.O. Box 826, Mount Olive, NC 28365)


September 7, 2012                          JULIE A. RICHARDS, Clerk
Date                                   Eastern District of North Carolina

                                             /s/Debby Sawyer
                                             (By) Deputy Clerk

Raleigh, North Carolina